FILED
VANESSA L. ARMSTRONG, CLERK
OCT 15 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

___Yusef Abdullah Bilal Ali___
___3222 West Market Street___
___Louisville, Kentucky 40212___

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

___See Attached___
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ___3:19-CV-742-CHB___
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name      _____
      Street Address      _____
      City and County      _____
      State and Zip Code      _____
      Telephone Number      _____
      E-mail Address      _____

   B. **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

      Defendant No. 1

          Name      _____
          Job or Title (if known)      _____
          Street Address      _____
          City and County      _____
          State and Zip Code      _____
          Telephone Number      _____
          E-mail Address (if known)      _____

      Defendant No. 2

          Name      _____
          Job or Title (if known)      _____
          Street Address      _____
          City and County      _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

Defendant No. 3

        Name    _____

        Job or Title    _____

        (if known)

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

Defendant No. 4

        Name    _____

        Job or Title    _____

        (if known)

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Fifth(5) and (14) Fourteenth Amendments to the United States Constitution, under due process and Equal Protection claims.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attached*
_____
_____
_____

5

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff Ask the courts to order Defendant(s) to pay plaintiff $124,800 dollars in U.S. currency and 25 million in punitive damages due to the violation of his Constitutional Rights

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 15, 2019.

Signature of Plaintiff         gay G. G
Printed Name of Plaintiff      Yusf A. Ali pro se.

B.  **For Attorneys**

Date of signing: _____, 20__.

Attachment

**Statement of Claim**

(1) On February 27th 2019 Defendant(s) were involved in the wrongful termination of plaintiff YUSEF ALI, during this termination process several defendants signed a "Termination Document" stating the alleged allegation(s) against plaintiff agreeing with such termination.

(2) During termination hearing defendants used not limited to, fraudulent documents, fabricated and manufactured allegations, emails, and other undisclosed claims to justify plaintiff termination, thereby violating his 5th and 14th Amendment Rights to the Constitution due process and Equal Protection Clause under the law.

(3) On the 15th of February, Plaintiff was involved in a "Summery Write-up" Meeting held with both Demitra Suazo and Jennifer Welch. Plaintiff was given a document claiming numerous allegations against plaintiff supported with no evidence and given (30) days to correct alleged behavior. Plaintiff requested to appeal such "Write-up and was given (7) days to appeal. Plaintiff submitted an appeal on the 20th of February. Plaintiff was called into meeting with defendant(s) and subsequently terminated. Plaintiff claims that such termination was in retaliation for his appeal, thereby in violation of his 5th and 14th Amendment Rights to the Constitution to due process and Equal Protection Clause under the Law.

(4) On or around the 15th of February, Plaintiff was contacted by Jennifer Welch via email concerning a participant Cedell Haraway and his inability to follow programing protocols for enrolling a participant in the Compass Rose Collaborative II Grant. Jennifer Welch accused plaintiff of failing to follow rules and subsequently used this claim during plaintiff's termination as valid reason for termination. Plaintiff claims that he did follow program guidelines as stated in numerous emails by both Jennifer Welch and Demitra Suazo, a Career Pathway Coach can't begin an enrollment process until he/she has received a "referral" on the participant. Plaintiff claims that it was not his responsibility to have Cedell Haraway to do a Kentucky Youth Career Center enrollment package, but was in fact his case manager Kimberly Moore. Plaintiff claims that he was held responsible for an alleged infraction that was actually the responsibility of a female staff member, thereby in violation of his 5th and 14th Amendment Rights to the Constitution under due process and equal protect Clause under the Law.

(5) Plaintiff was also accused of inappropriately sending "All Staff Emails" to fellow staff members concerning participants in the program. Defendants used this allegation during termination to justify his dismissal from employment. Plaintiff claims that he has been punished for what other staff members regularly due in regards to participants, thereby in violation of his 5th and 14th Amendment Rights to the Constitution under due process and Equal Protection Clause under the Law

(6) Plaintiff was not paid all wages following his termination, thereby in violation of his 5th and 14th Amendment Rights under the Constitution under due process and Equal Protection under the Law.

(7) On June 10th 2019 Unemployment Appeals Referee II "Finding of Facts" DECISION: "The determination is reversed. The employer discharged the claimant for reasons

other than misconduct connected with the work and the claimant is not disqualified....."

(8) On or around the 26th of February defendants Betty Fox, Jennifer Welch and Demitra Suazo collaborated in an elaborated plan to generate what they perceived to be an necessary and sufficient allegation of misconduct on the part of the plaintiff concerning KentuckiainBuilds graduate Darin Ware, an series of emails were exchanged concerning Darin Ware's telephone number. Plaintiff was subsequent accused of failing to cooperate with " sister partner" the Louisville Urban League and this allegation was used during plaintiff's termination, thereby in violation of his 5th and 14th Amendment Rights to the Constitution under due process and Equal Protection under the Law.

Attachment cont.

**Defendant(s)**

Defendant No. 1. Michael B. Gritton, Executive Director KentucianaWorks

410 West Chestnut Street #200

Louisville, Jefferson

Kentucky 40202

(502) 574-2500


Defendant No. 2 Cindy Read, Deputy Director KentuckianaWorks

410 West Chestnut Street #200

Louisville, Jefferson

Kentucky 40202

(502) 574-2500


Defendant No. 3 Laura Paulin, Senior Program Director

410 West Chestnut Street #200

Louisville, Jefferson

Kentucky, 40202

(502) 574-2500


Defendant No. 4 Jennifer Welch, Kentucky Career Center Director

410 West Chestnut Street #200

Louisville, Jefferson

Kentucky 40202


Defendant No. 5 Billie Jean Bowles Ahead Human Resources

2209 Heather Lane

Louisville, Jefferson

Kentucky 40218

(502) 485-0801

Defendant No. 6 Dimitra Suazo Reimage Program Director. Jefferson County Public Schools

3332 Newburg Road

Louisville, Jefferson

Kentucky, 40218

(502) 458-3011

Defendant No. 7 Betty Fox, KentuckianaBuilds Program Director

1535 West Broadway

Louisville, Jefferson

Kentucky 40203

Defendant No. 8 KentuckianaWorks

410 West Chestnut Street #200

Louisville, Jefferson

Kentucky, 40202

Defendant No. 9 Jefferson County Public Schools

3332 Newburg Road

Louisville, Jefferson

Kentucky 40218

Defendant No. 10 Louisville Urban League

1535 West Broadway

Louisville, Jefferson

Kentucky 40202

Defendant No. 11 Ahead Human Resources

2209 Heather Lane

Louisville, Jefferson

Kentucky, 40218